IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| LOUKENS JEUNE, | * | |
| Petitioner, | * | |
| v. | | Case No. 7:26-cv-189 (WLS-ALS) |
| | * | |
| WARDE, IRWIN COUNTY DETENTION CENTER, et al., | * | |
| Respondents. | * | |

## JUDGMENT

Pursuant to this Court's Order dated August 21, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 24th day of August, 2026.

David W. Bunt, Clerk

s/ Katie Logsdon, Deputy Clerk